## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-00927-LTB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: December 15, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| CHARLES BURGESS, | Jason Bryan Wesoky |
| Plaintiff, | |
| v. | |
| DELTA AIR LINES, INC., | Kevin Richard Kennedy |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:     2:03 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Joint Motion to Enter Stipulated Protective Order, doc #[26], filed 12/6/2010.

The court states that if there are disputes about designations, counsel are expected to adhere to the court's Practice Standards.

**ORDERED:**   Joint Motion to Enter Stipulated Protective Order, doc #[26], is **GRANTED**. The court will sign and enter the Stipulated Protective Order.

HEARING CONCLUDED.

**Court in recess**:        **2:09 p.m.**
Total time in court:    00:06


To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.