IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00927-LTB-CBS

CHARLES BURGESS,

    Plaintiff,

v.

DELTA AIRLINES, f/n/a NORTHWEST AIRLINES, INC., and
JOHN AND JANE DOES 1-8,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER IS before the court on Plaintiffs' Motion to Amend Scheduling Order (*doc # 39*) filed February 28, 2011. IT IS HEREBY ORDERED that the instant motion is GRANTED, and the deadlines set in the Minute Entry of November 16, 2010 (*doc # 20*) and the Scheduling Order (*doc # 21*) entered November 16, 2010, are amended to the extent set forth below:

| Designate Affirmative Experts | July 1, 2011 |
| --- | --- |
| Designate Rebuttal Experts | August 1, 2011 |
| Discovery Cut-off | September 15, 2011 |
| Dispositive Motion Deadline | October 7, 2011 |

*All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    March 2, 2011