**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-00927-LTB-CBS

CHARLES BURGESS,

       Plaintiff,

v.

DELTA AIR LINES, INC., f/n/a
NORTHWEST AIRLINES, INC., and
John and Jane Does 1-8,

       Defendants.

___

**ORDER**
___

    Upon Plaintiff's Response in Opposition to Defendants' Motion to Amend Answer (Doc 43 - filed March 4, 2011), and upon review of the file in this matter, it is

    ORDERED that Defendants' Motion to Amend Answer (Doc 34) is GRANTED. The tendered Amended Answer is accepted for filing.

                            BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: March 7, 2011