**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-00927-LTB-CBS

CHARLES BURGESS,

      Plaintiff,

v.

DELTA AIR LINES, INC., f/n/a
NORTHWEST AIRLINES, INC., and
John and Jane Does 1-8,

      Defendants.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 74 - filed March 2, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                            BY THE COURT:

                                                        s/Lewis T. Babcock
                                                        Lewis T. Babcock, Judge

DATED:   March 5, 2012